**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---------------------------------------------------------------- x

AZUMAH ROBINSON,                                   :
                                                   :
                              Plaintiff,           :   Case No.: 3:26-cv-00958
                                                   :
            v.                                     :
                                                   :
EQUIFAX INFORMATION SERVICES, LLC,                 :   June 16, 2026
                                                   :
                              Defendant.           :
---------------------------------------------------------------- x

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant

Equifax Information Services, LLC ("Equifax") removes to this Court the above-entitled action

filed by Azumah Robinson ("Plaintiff"), presently of record at Docket No. FBT-CV26-6160899-

S in the Connecticut Superior Court for the Judicial District of Bridgeport (the "Removed Action").

In support of this removal, Equifax represents to the Court as follows:

**INTRODUCTION**

1.      On May 19, 2026, Connecticut State Marshal Alex J. Rodriguez served Plaintiff's

Summons and Complaint on Corporation Service Company as agent for Defendant.  A true and

correct copy of the Notice of Service, Summons, and Initial Pleadings is attached hereto as Exhibit

A. A true and correct copy of the Connecticut State Marshal Alex J. Rodriguez's Return of Service

is attached hereto as Exhibit B.

2.      Defendant has not filed an answer or otherwise responded to the Complaint.

Exhibits A and B consist of the entire state court file, which constitutes all pleadings, processes,

motions, notices, orders and other papers served or filed in this matter.

3.      For the reasons detailed more fully below, the Plaintiff's claims should be removed to the Federal Court.

### THIS ACTION IS REMOVABLE ON THE BASIS OF FEDERAL QUESTION JURISDICTION

4.      Plaintiff's complaint seeks relief arising from alleging inaccurate credit file reporting. Plaintiff claims no less than Fifteen Thousand Dollars in alleged damages.

5.      Plaintiff's complaint contains one count against Equifax, alleging FCRA violations.

6.      Count One of Plaintiff's complaint is titled "VIOLATIONS OF THE FAIR CREDIT REPORTING ACT" and cites 15 U.S.C. § 1681g.

7.      28 U.S.C. § 1441(a) provides: "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8.      Plaintiff's complaint exclusively raises causes of action under federal law, and therefore this Court has original subject matter jurisdiction over this case under 28 U.S.C. § 1331 because the Removed Action requires the resolution, construction, or application of one or more substantial questions of federal law in dispute between the parties.  *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

9.      As such, this Court has original jurisdiction over this case under 28 U.S.C. § 1331 without regard to the amount in controversy.

## VENUE

10.    The State of Connecticut Superior Court Judicial District of Bridgeport is located within the District of Connecticut.   Therefore, removal to this Court satisfies the venue requirements of 28 U.S.C. § 1446(a).

## TIMELY NOTICE OF REMOVAL

11.    This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because Defendant's agent was served process on May 19, 2026.

## CONSENT OF OTHER DEFENDANTS NOT APPLICABLE

12.    Defendant is the only defendant in this case; therefore, the consent requirement of 28 U.S.C. § 1446(b)(2)(A) does not apply to this action.

## NOTICE OF FILING NOTICE OF REMOVAL

13.    Written notice required by 28 U.S.C. § 1446(d) will be promptly filed in the State of Connecticut Superior Court for the Judicial District of Bridgeport, and promptly served upon Plaintiff.  A Statement in Compliance with the Standing Order in Removal Cases and a Notice of Pending Motions is filed contemporaneously with this Notice of Removal.

## RESERVATION OF RIGHTS

14.    Defendant reserves the right to file additional support for this Notice of Removal by way of affidavits, deposition testimony, expert testimony, discovery responses, supplemental memoranda, and legal argument.

15.    By filing this Notice of Removal, Defendant does not waive its right to object to service, service of process, the sufficiency of process, venue or jurisdiction, and specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

WHEREFORE, Defendant, in this action described herein currently pending in the Superior

Court of the State of Connecticut, Judicial District of Bridgeport, prays that this action be removed

from there to this Honorable Court.

DEFENDANT,
Equifax Information Services, LLC

By: */s/ Tyler G. Haas*
Tyler G. Haas (ct31981)
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Direct 860.275.6473
Fax 860.275.8299
thaas@rc.com
*Attorney for Defendant Equifax*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

I hereby further certify that a true and accurate copy of the foregoing is being served this day via certified mail, return receipt requested and via e-mail on this 16th day of June 2026, to all counsel and self-represented parties of record:

Peter W. Finch, Esq.
The Finch Firm, LLC
799 Silver Lane
Trumbull, CT 06611
203-275-8198
Email: contact@finchfirm.com

*/s/ Tyler G. Haas*
Tyler G. Haas